# United States District Court
# Central District of California

| | |
|---|---|
| CARMEN JOHN PERRI, <br><br> Plaintiff, <br><br> v. <br><br> BREAKWATER LLC et al., <br><br> Defendants. | Case № 2:19-cv-08482-ODW (MAAx) <br><br> **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [19]** |

On December 11, 2019, Plaintiff Carmen John Perri moved for leave to file a First Amended Complaint ("FAC"), to correct the name of Defendant Breakwater LLC to "Breakwater Group, LLC." (Mot. for Leave to File FAC ("Mot.") ii, ECF No. 19.) Plaintiff noticed the hearing on this Motion for January 13, 2020, and thus any opposition was due no later than December 23, 2019. *See* C.D. Cal. L.R. 7-9. To date, the Court has received no opposition to Plaintiff's Motion. The failure to file a timely opposition may be deemed consent to the granting of a motion. C.D. Cal. L.R. 7-12; *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995).

After carefully considering the papers filed in connection with the motion, the Court deems the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15. The Court finds Plaintiff has shown good cause to

amend the complaint pursuant to Rule 15(a)(2).  Accordingly, the Court hereby **GRANTS** Plaintiff's unopposed Motion.  (ECF No. 19.)

The Court **ORDERS** Plaintiff to file a clean, non-redlined version of the FAC attached as Exhibit A to the Declaration of Joseph R. Manning, Jr. (ECF No. 19-2) as a separate document in the Court's CM/ECF System.  C.D. Cal. L.R. 15-1.  Plaintiff shall file the FAC promptly, and in no event later than **January 10, 2020**.  Plaintiff shall serve any new parties added in the FAC in accordance with applicable law.

**IT IS SO ORDERED.**

January 2, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**